*Carlos E. Candal*, special public defender, in support of the petition.

*Howard S. Stein*, assistant state's attorney, in opposition.

Decided June 23, 2004

## STATE OF CONNECTICUT *v.* MARTY CALDERON

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 315 (AC 23499), is denied.

*Marty Calderon*, pro se, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided June 23, 2004

## STATE OF CONNECTICUT *v.* JOSEPH BARRETTA

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 684 (AC 23670), is denied.

*John R. Williams*, in support of the petition.

*Eileen F. McCarthy*, assistant state's attorney, in opposition.

Decided June 23, 2004

## CATHERINE BLAKEMAN ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE CITY OF SHELTON

The plaintiffs' petition for certification for appeal from the Appellate Court, 82 Conn. App. 632 (AC 23825), is denied.